## Statement of Cash Flows
### Plate Restaurant Group, LLC
### GROUP
#### January 1 - July 5, 2025

|  | | | 60% | 40% | |
| --- | --- | --- | --- | --- | --- |
| Full name | Total | BKS | LWD | CORP |
| **OPERATING ACTIVITIES** | | | | |
| Net Income | (189,486.11) | (63,880.82) | 109,624.16 | (235,229.45) |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | | | | |
| Accounts Payable (A/P) | 128,729.88 | 77,237.93 | 51,491.95 | |
| AMEX | 7,249.62 | | | 7,249.62 |
| Credit Facilities:Lightspeed Loan BKS | 57,713.73 | 57,713.73 | | |
| Credit Facilities:Lightspeed Loan LWD | 108,024.06 | | 108,024.06 | |
| Credit Facilities:Stripe LOC | (9,599.06) | (5,759.44) | (3,839.62) | |
| Delivery Platforms:ChowNow | (1,582.92) | (949.75) | (633.17) | |
| Delivery Platforms:Uber Eats | (1,414.41) | (848.65) | (565.76) | |
| Due from Merchant Services | 10,285.55 | 6,171.33 | 4,114.22 | |
| Gift Card:eCard Sales | 4,340.00 | | | 4,340.00 |
| Gift Card:Gift Card Redemptions | (112,435.80) | | | (112,435.80) |
| Gift Card:Gift Card Sales | 32,351.11 | | | 32,351.11 |
| Payroll Clearing - BKS | (883.06) | (883.06) | | |
| Payroll Clearing - LWD | (8,746.34) | | (8,746.34) | |
| Payroll Liabilities | (1,227.13) | (736.28) | (490.85) | |
| Sales Tax - KS:Sales Tax KS - Filings | | | | |
| Sales Tax - KS:Sales Tax KS - Payment Plan | (79,670.95) | | (79,670.95) | |
| Sales Tax - KS:Sales Tax KS - POS | 35,013.88 | | 35,013.88 | |
| Sales Tax - MO:Sales Tax MO - Filings | 38,769.26 | 38,769.26 | | |
| Sales Tax - MO:Sales Tax MO - Payment Plan | (76,670.17) | (76,670.17) | | |
| Sales Tax - MO:Sales Tax MO - POS | 6,679.83 | 6,679.83 | | |
| Spark Card - 5425 | (1,019.79) | | | (1,019.79) |
| Stripe Activity:POS tenders Tripleseat and Opentable | 88,879.46 | | | 88,879.46 |
| Stripe Activity:Stripe Payments | (65.22) | | | (65.22) |
| Stripe Activity:Tripleseat | (88,988.27) | | | (88,988.27) |
| Tips Payable - BKS | (20,946.67) | (20,946.67) | | |
| Tips Payable - LWD | (3,258.95) | | (3,258.95) | |
| Total for Adjustments to reconcile Net Income to Net Cash provided by operations: | 111,527.64 | 79,778.07 | 101,438.46 | (69,688.89) |
| Net cash provided by operating activities | (77,958.47) | 15,897.25 | 211,062.62 | (304,918.34) |
| **INVESTING ACTIVITIES** | | | | |
| Leasehold Improvements | (11,608.37) | | | (11,608.37) |
| Security Deposit | (4,600.00) | | | (4,600.00) |
| Net cash provided by investing activities | (16,208.37) | - | - | (16,208.37) |
| **FINANCING ACTIVITIES** | | | | |
| Loan from Owner | 19,637.36 | | | 19,637.36 |
| Loans:CACU - SBA | (17,614.41) | (17,614.41) | | |
| Loans:CACU - SBA2 | (28,359.43) | (28,359.43) | | |
| Loans:IOU Central | (16,000.00) | | (16,000.00) | |
| Loans:Westwood Funding | (7,185.36) | | (7,185.36) | |
| Owner's Equity:Owner Draws/Withdrawals | (3,710.98) | | | (3,710.98) |
| Net cash provided by financing activities | (53,232.82) | (45,973.84) | (23,185.36) | 15,926.38 |
| **NET CASH INCREASE FOR PERIOD** | (147,399.66) | (30,076.59) | 187,877.26 | (305,200.33) |
| Cash at beginning of period | 139,208.60 | | | 139,208.60 |
| **CASH AT END OF PERIOD** | (8,191.06) | (30,076.59) | 187,877.26 | (165,991.73) |

Accrual Basis Sunday, July 13, 2025 07:08 PM GMTZ