## Plate Restaurant Group, LLC
## Balance Sheet - GROUP
### As of July 5, 2025

| | Total | BKS | LWD | CORP | GROUP |
|---|---:|---:|---:|---:|---:|
| | | 40% | 60% | | |
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
|   Bank Accounts | | | | | |
|     CACU - Brookside Checking 2486 | - | - | | | - |
|     CACU - Brookside Savings 1636 | 1.01 | 1.01 | | | 1.01 |
|     CACU - Leawood Checking 6981 | - | | - | | - |
|     CACU - Leawood Savings 2195 | 1.43 | | 1.43 | | 1.43 |
|     CACU - Small Biz Checking 6456 | (10,142.59) | | | (10,142.59) | (10,142.59) |
|     Cash on Hand - BKS | - | - | | | |
|       Cash Tenders - BKS | 6,350.72 | 6,350.72 | | | 6,350.72 |
|     Total Cash on Hand - BKS | 6,350.72 | 6,350.72 | - | - | 6,350.72 |
|     Cash on Hand - LWD | (114.32) | | (114.32) | | (114.32) |
|       Cash Tenders - LWD | 9,564.78 | | 9,564.78 | | 9,564.78 |
|     Total Cash on Hand - LWD | 9,450.46 | - | 9,450.46 | - | 9,450.46 |
|     Petty Cash | (13,852.09) | (5,540.84) | (8,311.25) | | (13,852.09) |
|   **Total Bank Accounts** | **(8,191.06)** | **810.89** | **1,140.64** | **(10,142.59)** | **(8,191.06)** |
|   Other Current Assets | | | | | |
|     Delivery Platforms | | | | | |
|       ChowNow | 2,265.89 | 906.36 | 1,359.53 | | 2,265.89 |
|       Uber Eats | 1,991.40 | 796.56 | 1,194.84 | | 1,991.40 |
|     Total Delivery Platforms | 4,257.29 | 1,702.92 | 2,554.37 | - | 4,257.29 |
|     Due from Merchant Services | 47,326.75 | 18,930.70 | 28,396.05 | | 47,326.75 |
|     Stripe Activity | | | | | |
|       OpenTable tender | - | - | - | | - |
|       POS tenders Tripleseat and Opentable | (80,200.99) | (32,080.40) | (48,120.59) | | (80,200.99) |
|       Stripe Payments | 65.22 | 26.09 | 39.13 | | 65.22 |
|       Tripleseat | 88,988.27 | 35,595.31 | 53,392.96 | | 88,988.27 |
|     Total Stripe Activity | 8,852.50 | 3,541.00 | 5,311.50 | - | 8,852.50 |
|   **Total Other Current Assets** | **60,436.54** | **24,174.62** | **36,261.92** | **-** | **60,436.54** |
| **Total Current Assets** | **52,245.48** | **24,985.51** | **37,402.56** | **(10,142.59)** | **52,245.48** |
| **Fixed Assets** | | | | | |
|   Accumulated Depreciation | (97,014.39) | (38,805.76) | (58,208.63) | | (97,014.39) |
|   Equipment | 187,303.00 | 74,921.20 | 112,381.80 | | 187,303.00 |
|   Fixtures | 13,670.00 | 5,468.00 | 8,202.00 | | 13,670.00 |
|   Furniture | 59,268.91 | 23,707.56 | 35,561.35 | | 59,268.91 |
|   Leasehold Improvements | 175,064.42 | 70,025.77 | 105,038.65 | | 175,064.42 |
| **Total Fixed Assets** | **338,291.94** | **135,316.78** | **202,975.16** | **-** | **338,291.94** |
| **Other Assets** | | | | | |
|   Security Deposit | 4,600.00 | | | 4,600.00 | 4,600.00 |
| **Total Other Assets** | **4,600.00** | **-** | **-** | **4,600.00** | **4,600.00** |
| **TOTAL ASSETS** | **395,137.42** | **160,302.29** | **240,377.72** | **(5,542.59)** | **395,137.42** |
| **LIABILITIES AND EQUITY** | | | | | |
|   Liabilities | | | | | |
|     Current Liabilities | | | | | |
|       Accounts Payable | | | | | |
|         Accounts Payable (A/P) | 809,336.39 | 400,400.78 | 354,057.40 | 54,878.21 | 809,336.39 |
|       Total Accounts Payable | 809,336.39 | 400,400.78 | 354,057.40 | 54,878.21 | 809,336.39 |
|       Credit Cards | | | | | |
|         AMEX | 30,626.98 | | | 30,626.98 | 30,626.98 |
|         Quicksilver Capital One | 4,695.07 | | | 4,695.07 | 4,695.07 |
|         Spark Card - 5425 | 3,676.53 | | | 3,676.53 | 3,676.53 |
|       Total Credit Cards | 38,998.58 | - | - | 38,998.58 | 38,998.58 |
|       Other Current Liabilities | | | | | |
|         Credit Facilities | | | | | |
|           CACU - Line of Credit 2107 | 25,000.00 | 25,000.00 | | | 25,000.00 |
|           Lightspeed Loan BKS | 57,713.73 | 57,713.73 | | | 57,713.73 |
|           Lightspeed Loan LWD | 108,024.06 | | 108,024.06 | | 108,024.06 |
|           Stripe LOC | - | | - | | - |
|         Total Credit Facilities | 190,737.79 | 82,713.73 | 108,024.06 | - | 190,737.79 |
|         Gift Card | | | | | |
|           eCard Sales | 101,451.00 | 40,580.40 | 60,870.60 | | 101,451.00 |
|           Gift Card Redemptions | (581,714.93) | (232,685.97) | (349,028.96) | | (581,714.93) |

| | | | | |
|---|---:|---:|---:|---:|
| Gift Card Sales | 762,642.79 | 305,057.12 | 457,585.67 | 762,642.79 |
| Total Gift Card | 282,378.86 | 112,951.54 | 169,427.32 | - | 282,378.86 |
| Payroll Clearing - BKS | 1,993.78 | 1,993.78 | | | 1,993.78 |
| Payroll Clearing - LWD | (11,765.68) | | (11,765.68) | | (11,765.68) |
| Payroll Liabilities | (1,227.13) | (490.85) | (736.28) | | (1,227.13) |
| Payroll Processing | - | - | - | | - |
| Promo Cards and Vouchers | - | - | - | | - |
| Sales Tax - KS | | | | | |
|   Sales Tax KS - Filings | - | | - | | - |
|   Sales Tax KS - Payment Plan | 69,528.73 | | 69,528.73 | | 69,528.73 |
|   Sales Tax KS - POS | 98,103.57 | | 98,103.57 | | 98,103.57 |
| Total Sales Tax - KS | 167,632.30 | - | 167,632.30 | - | 167,632.30 |
| Sales Tax - MO | | | | | |
|   Sales Tax MO - Filings | 57,338.21 | 57,338.21 | | | 57,338.21 |
|   Sales Tax MO - Payment Plan | 320,275.72 | 320,275.72 | | | 320,275.72 |
|   Sales Tax MO - POS | 54,254.65 | 54,254.65 | | | 54,254.65 |
| Total Sales Tax - MO | 431,868.58 | 431,868.58 | - | - | 431,868.58 |
| Tips Payable - BKS | 7,693.62 | 7,693.62 | | | 7,693.62 |
| Tips Payable - LWD | 20,590.96 | | 20,590.96 | | 20,590.96 |
| Total Other Current Liabilities | 1,089,903.08 | 636,730.40 | 453,172.68 | - | 1,089,903.08 |
| Total Current Liabilities | 1,938,238.05 | 1,037,131.18 | 807,230.08 | 93,876.79 | 1,938,238.05 |
| Long-Term Liabilities | | | | | |
| Loan from Owner | 19,637.36 | | | 19,637.36 | 19,637.36 |
| Loans | | | | | |
|   Backd Direct | 41,699.95 | 41,699.95 | | | 41,699.95 |
|   CACU - SBA | 133,738.46 | 133,738.46 | | | 133,738.46 |
|   CACU - SBA2 | 14,779.00 | 14,779.00 | | | 14,779.00 |
|   IOU Central | 45,127.07 | | 45,127.07 | | 45,127.07 |
|   Westwood Funding | - | | | | - |
| Total Loans | 235,344.48 | 190,217.41 | 45,127.07 | - | 235,344.48 |
| Total Long-Term Liabilities | 254,981.84 | 190,217.41 | 45,127.07 | 19,637.36 | 254,981.84 |
| **Total Liabilities** | **2,193,219.89** | **1,227,348.59** | **852,357.15** | **113,514.15** | **2,193,219.89** |
| Equity | | | | | - |
| Opening balance equity | (625,874.59) | | | (625,874.59) | (625,874.59) |
| Owner's Equity | | | | | - |
|   Owner Draws/Withdrawals | (214,879.12) | | | (214,879.12) | (214,879.12) |
| Total Owner's Equity | (214,879.12) | - | - | (214,879.12) | (214,879.12) |
| Retained Earnings | (767,842.65) | (1,067,046.31) | (611,979.42) | 911,183.08 | (767,842.65) |
| Net Income | (189,486.11) | | | (189,486.11) | (189,486.11) |
| **Total Equity** | **(1,798,082.47)** | **(1,067,046.31)** | **(611,979.42)** | **(119,056.74)** | **(1,798,082.47)** |
| **TOTAL LIABILITIES AND EQUITY** | **395,137.42** | **160,302.29** | **240,377.72** | **(5,542.59)** | **395,137.42** |

Sunday, Jul 13, 2025 07:09:45 AM GMT-7 - Accrual Basis

| Debt Summary | GROUP | BKS | LWD | CORP |
|---|---:|---:|---:|---:|
| AP | 809,336.39 | 400,400.78 | 354,057.40 | 54,878.21 |
| Credit cards | 38,998.58 | - | - | 38,998.58 |
| Credit facilities | 190,737.79 | 82,713.73 | 108,024.06 | - |
| Sales tax | 599,500.88 | 431,868.58 | 167,632.30 | - |
| Loans | 254,981.84 | 190,217.41 | 45,127.07 | 19,637.36 |
| | 0 | | | |
| Total | 1,893,555.48 | 1,105,200.50 | 674,840.83 | 113,514.15 |