# Plate Restaurant Group, LLC
## Profit and Loss
### January 1 - July 5, 2025

| | PLATE - BROOKSIDE | PLATE - CATERING | PLATE - CORPORATE | PLATE - LEAWOOD | PLATE - PIZZERIA | TOTAL |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| Auto-Gratuity | 8,731.61 | 186.00 | | 18,567.43 | | $27,485.04 |
| Memberships - VIP | | 14,946.95 | | | | $14,946.95 |
| Non Cash Fees | 25,596.32 | 30.63 | | 36,929.20 | | $62,556.15 |
| Sales | | | | | | $0.00 |
| Sales - Beer | 12,362.50 | | | 17,135.00 | | $29,497.50 |
| Sales - Catering | | 880.00 | | | | $880.00 |
| Sales - Food | 665,860.93 | 266.00 | | 1,013,226.25 | | $1,679,353.18 |
| Sales - Liquor | 107,373.74 | | | 147,859.31 | | $255,233.05 |
| Sales - N/A Beverage | 28,095.06 | | | 45,045.28 | | $73,140.34 |
| Sales - Wine | 144,751.00 | | | 211,271.28 | | $356,022.28 |
| **Total Sales** | 958,443.23 | 1,146.00 | | 1,434,537.12 | | $2,394,126.35 |
| Services | | | 729.40 | | | $729.40 |
| **Total Income** | $992,771.16 | $1,362.63 | $15,676.35 | $1,490,033.75 | $0.00 | $2,499,843.89 |
| **Cost of Goods Sold** | | | | | | |
| COGS | | | | | | $0.00 |
| COGS - Beer | 2,887.78 | | | 4,959.33 | | $7,847.11 |
| COGS - Beverage | 4,465.44 | | | 8,711.33 | | $13,176.77 |
| COGS - Bread/Dry | 32,891.71 | | | 50,295.08 | | $83,186.79 |
| COGS - Dairy & Eggs | 29,215.31 | | | 53,305.01 | | $82,520.32 |
| COGS - Dessert | 6,326.35 | | | 868.66 | | $7,195.01 |
| COGS - Fish | 24,748.62 | | | 43,408.12 | | $68,156.74 |
| COGS - Liquor | 20,305.77 | | | 31,529.79 | | $51,835.56 |
| COGS - Meat | 47,428.38 | 252.12 | | 72,453.16 | | $119,881.54 |
| COGS - Other | -337.86 | | -228.86 | 2,131.88 | | $1,817.28 |
| COGS - Produce | 25,666.39 | | | 39,568.52 | | $65,234.91 |
| COGS - To Go/Paper/Disposable/Plastic | 11,833.22 | | | 20,645.78 | | $32,479.00 |
| COGS - Wine | 34,718.48 | | | 60,242.43 | | $94,960.91 |
| **Total COGS** | 240,149.59 | 252.12 | -228.86 | 388,119.09 | | $628,291.94 |
| **Total Cost of Goods Sold** | $240,149.59 | $252.12 | $ -228.86 | $388,119.09 | $0.00 | $628,291.94 |
| **GROSS PROFIT** | $752,621.57 | $1,110.51 | $15,905.21 | $1,101,914.66 | $0.00 | $1,871,551.95 |
| **Expenses** | | | | | | |
| Administrative Expense | | | 37,500.00 | | | $37,500.00 |
| Accounting Services | | | 2,500.00 | | | $2,500.00 |
| CPA | | | 40,000.00 | | | $40,000.00 |
| **Total Administrative Expense** | | | 40,000.00 | | | $40,000.00 |
| Bank Fees | 132.99 | | 781.50 | 76.43 | | $990.92 |
| Late Fees | 846.96 | | 166.09 | 656.48 | 4.28 | $1,673.81 |
| **Total Bank Fees** | 979.95 | | 947.59 | 732.91 | 4.28 | $2,664.73 |
| Car & Truck | | | | | | $0.00 |
| Car Service | 1,441.85 | | | | | $1,441.85 |
| Fuel, Parking, & Mileage | | | 894.23 | | | $894.23 |
| **Total Car & Truck** | 1,441.85 | | 894.23 | | | $2,336.08 |
| Credit Card/Merchant Fees | 38,593.32 | | 8.00 | 55,580.39 | | $94,181.71 |
| Gift Card Fees | | | 439.00 | 11,340.82 | | $13,695.82 |
| POS Fees | 781.43 | | 361.57 | 41.94 | | $1,184.94 |
| Stripe Fees | | | 2,892.96 | | | $2,892.96 |
| UberEats Fees | 4,914.09 | | | 8,132.73 | | $13,046.82 |
| **Total Credit Card/Merchant Fees** | 44,288.84 | | 3,701.53 | 63,755.06 | | $111,745.43 |
| Discounts | | | | | | $0.00 |
| Employee Discounts | 8,366.38 | | | 6,547.87 | | $14,914.25 |
| Free card | 2,355.00 | | | 11,340.82 | | $13,695.82 |
| Gift Cards Discounts | 113.00 | | | 650.00 | | $763.00 |
| Guest Discount | 4,768.75 | 32.40 | | 7,508.14 | | $12,309.29 |
| Manager Discount | 5,642.50 | | | 2,340.66 | | $7,983.16 |
| Old cards | 2,844.46 | | | 2,473.80 | | $5,318.26 |

# Plate Restaurant Group, LLC
## Profit and Loss
### January 1 - July 5, 2025

| | PLATE - BROOKSIDE | PLATE - CATERING | PLATE - CORPORATE | PLATE - LEAWOOD | PLATE - PIZZERIA | TOTAL |
|---|---|---|---|---|---|---|
| Taxes on Discounts | 2,054.00 | | | 1,340.40 | | $3,394.40 |
| VIP Discounts | 19,948.21 | | | 29,781.54 | | $49,729.75 |
| **Total Discounts** | **46,092.30** | **32.40** | | **61,983.23** | | **$108,107.93** |
| Employee Benefits | | | | | | $0.00 |
| Health Insurance | 1,881.63 | | 4,358.75 | 1,173.60 | | $7,413.98 |
| Workers Comp | 7,727.00 | | | 3,825.93 | | $11,552.93 |
| **Total Employee Benefits** | **9,608.63** | | **4,358.75** | **4,999.53** | | **$18,966.91** |
| Human Resources | | | | | | $0.00 |
| Recruiting/Recruitment | | | 391.02 | | | $391.02 |
| **Total Human Resources** | | | **391.02** | | | **$391.02** |
| Insurance | | | | | | $0.00 |
| Auto Insurance | | | | | | $0.00 |
| General Liability | 12,812.95 | | 2,681.57 | 13,116.64 | | $2,681.57 |
| Owner Life Insurance | | | 3,696.41 | | | $25,929.49 |
| **Total Insurance** | **12,812.85** | | **6,377.98** | **13,116.64** | | **$3,696.41** |
| IT/Computer | 399.20 | | 1,195.77 | 399.20 | | $32,307.47 |
| Software | 7,994.65 | | 10,805.46 | 8,234.65 | | $1,994.17 |
| **Total IT/Computer** | **8,393.85** | | **12,001.23** | **8,633.85** | | **$27,034.76** |
| Licenses | 917.84 | | 109.39 | 690.00 | | $29,028.93 |
| Marketing & Advertising | | | | | | $1,717.23 |
| Communication | | | 1,282.00 | | | $0.00 |
| Design Services | | | 2,314.42 | | | $1,282.00 |
| Online Ads | | | 2,590.75 | | | $2,314.42 |
| OpenTable | 25,310.00 | | | 31,941.00 | | $2,590.75 |
| Other Marketing | | | 1,506.26 | 4,479.02 | | $57,251.00 |
| Research | | | 489.29 | | | $5,985.28 |
| **Total Marketing & Advertising** | **25,310.00** | | **8,182.72** | **36,420.02** | | **$489.29** |
| Office Supplies & Software | 34.85 | | 64.09 | 268.36 | | $69,912.74 |
| Payroll Expense | | | | | | $367.30 |
| Payroll Tax | 54,009.91 | | 7,498.66 | 67,162.05 | | $0.00 |
| Salaries | 137,357.99 | | 89,138.03 | 90,660.16 | | $128,670.62 |
| Wages | 278,850.44 | | | 370,048.33 | | $317,156.18 |
| **Total Payroll Expense** | **470,218.34** | | **96,636.69** | **527,870.54** | | **$648,898.77** |
| Payroll Service Fees | 4,984.96 | | | 6,496.73 | | **$1,094,725.57** |
| Rent & Leases | | | | | | $11,481.69 |
| Rent/Lease - Buildings & Land | 101,859.42 | | 33,248.26 | 152,776.50 | 12,293.38 | $0.00 |
| Storage | | | | 1,793.76 | | $300,177.56 |
| **Total Rent & Leases** | **101,859.42** | | **33,248.26** | **154,570.26** | **12,293.38** | **$1,793.76** |
| Research & Development | | | | | | **$301,971.32** |
| Meals | 138.81 | | 206.77 | 65.78 | | $0.00 |
| **Total Research & Development** | **138.81** | | **206.77** | **65.78** | | **$411.36** |
| Restaurant Operations | | | | | | $0.00 |
| Cleaning | 9,581.99 | | | 8,813.08 | | $18,395.07 |
| Flowers, Floral, & Decor | 692.46 | | | 2,087.00 | | $2,779.46 |
| Music/Entertainment | 7,800.00 | | 1,542.77 | 485.23 | | $9,828.00 |
| Pest Control | 675.00 | | | 1,039.69 | | $1,714.69 |
| Recycling | 300.00 | | 232.98 | 360.00 | | $892.98 |
| Rent/Lease - Equipment | 2,837.30 | | | 9,520.98 | | $12,358.28 |
| Repairs & Maintenance | 5,158.37 | | 10.83 | 11,938.19 | | $17,107.39 |
| **Total Restaurant Operations** | **27,045.12** | | **1,786.58** | **34,244.17** | | **$63,075.87** |
| Supplies | | | | | | $0.00 |
| Bar | 119.95 | | | 528.19 | | $648.14 |
| Cleaning/Chemicals | 228.96 | | | 274.96 | | $503.92 |
| Kitchen | 2,470.11 | | 129.51 | 1,717.06 | | $4,316.68 |
| Linen | 6,750.08 | | | 9,942.70 | | $16,692.78 |
| Office | 520.77 | | 394.00 | 432.06 | | $1,346.83 |

Accrual Basis Sunday, July 13, 2025 10:00 AM GMT-05:00

# Plate Restaurant Group, LLC
## Profit and Loss
### January 1 - July 5, 2025

| | PLATE - BROOKSIDE | PLATE - CATERING | PLATE - CORPORATE | PLATE - LEAWOOD | PLATE - PIZZERIA | TOTAL |
|---|---|---|---|---|---|---|
| Other | 61.54 | | | 112.81 | | $174.35 |
| Propane | 835.82 | | | 1,170.89 | | $2,006.71 |
| Restaurant | 4,235.10 | | | 1,961.91 | | $6,636.13 |
| Uniforms | 735.02 | | 439.12 | 1,247.60 | | $1,982.62 |
| Total Supplies | 15,957.35 | | 962.63 | 17,388.18 | | $34,308.16 |
| Utilities | | | | | | $0.00 |
| Gas | 12,464.83 | | | 13,456.96 | 1,289.43 | $27,211.22 |
| Internet/Cable/Phone | | | 9,044.72 | | | $9,044.72 |
| Power | 12,335.64 | | | 22,330.24 | | $34,665.88 |
| Trash | 2,474.66 | | | | | $2,474.66 |
| Water | 3,902.47 | | | 13,055.72 | | $16,958.19 |
| Total Utilities | 31,177.60 | | 9,044.72 | 48,842.92 | 1,289.43 | $90,354.67 |
| Total Expenses | $801,262.56 | $32.40 | $218,914.18 | $980,078.18 | $13,587.09 | $2,013,874.41 |
| NET OPERATING INCOME | $ -48,640.99 | $1,078.11 | $ -203,008.97 | $121,836.48 | $ -13,587.09 | $ -142,322.46 |
| Other Income | | | | | | |
| Interest Income | 51.54 | | 21.84 | | | $73.38 |
| Other Misc Income | | | 26,604.96 | | | $26,604.96 |
| Total Other Income | $51.54 | $0.00 | $26,626.80 | $0.00 | $0.00 | $26,678.34 |
| Other Expenses | | | | | | |
| Interest Expense | 16,369.48 | | 45,260.19 | 12,212.32 | | $73,841.99 |
| Total Other Expenses | $16,369.48 | $0.00 | $45,260.19 | $12,212.32 | $0.00 | $73,841.99 |
| NET OTHER INCOME | $ -16,317.94 | $0.00 | $ -18,633.39 | $ -12,212.32 | $0.00 | $ -47,163.65 |
| NET INCOME | $ -64,958.93 | $1,078.11 | $ -221,642.36 | $109,624.16 | $ -13,587.09 | $ -189,486.11 |