**United States Bankruptcy Court**
**District of Kansas**

| | | | |
|---|---|---|---|
| In re | **Plate Restaurant Group LLC** | Case No. | **25-20996** |
| | Debtor(s) | Chapter | **11** |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Christian Joseph**, declare under penalty of perjury that I am the **Owner/CEO** of **Plate Restaurant Group LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **18** day of **July**, 20**25**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Christian Joseph**, **Owner/CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Christian Joseph**, **Owner/CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Christian Joseph**, **Owner/CEO** of this Corporation is authorized and directed to employ **George J Thomas 19230**, attorney and the law firm of **Phillips & Thomas LLC** to represent the corporation in such bankruptcy case."

| | |
|---|---|
| Date **July 18, 2025** | Signed **/s/ Christian Joseph** |
| | **Christian Joseph** |

Resolution of Board of Directors
of
**Plate Restaurant Group LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Christian Joseph**, **Owner/CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Christian Joseph**, **Owner/CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Christian Joseph**, **Owner/CEO** of this Corporation is authorized and directed to employ **George J Thomas 19230**, attorney and the law firm of **Phillips & Thomas LLC** to represent the corporation in such bankruptcy case.

| | |
|---|---|
| Date **July 18, 2025** | Signed **/s/ Christian Joseph** |
| Date | Signed |