**Plate Restaurant Group** — GROUP
**13-week projections**

| | Jul 6-12, 2025 | Jul 13-19, 2025 | Jul 20-26, 2025 | Jul 27 - Aug 2, 2025 | Aug 3-9, 2025 | Aug 10-16, 2025 | Aug 17-23, 2025 | Aug 24-30, 2025 | Aug 31 - Sep 6, 2025 | Sep 7-13, 2025 | Sep 14-20, 2025 | Sep 21-27, 2025 | Sep 28 - Oct 4, 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Auto-Gratuity | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Memberships - VIP | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Non Cash Fees | 2,341.16 | 2,282.90 | 2,309.47 | 2,183.93 | 2,245.44 | 2,265.04 | 2,055.62 | 1,939.98 | 1,787.41 | 1,943.99 | 2,030.50 | 2,417.83 | 1,855.47 |
| Sales | 90,044.61 | 87,803.73 | 88,825.88 | 83,997.23 | 86,363.17 | 87,116.73 | 79,062.17 | 74,614.60 | 68,746.62 | 74,768.95 | 78,096.29 | 92,993.41 | 71,364.17 |
| Services | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Income** | 93,385.77 | 91,086.63 | 92,135.36 | 87,181.16 | 89,608.61 | 90,381.77 | 82,117.78 | 77,554.57 | 71,534.03 | 77,712.95 | 81,126.79 | 96,411.23 | 74,219.64 |
| **COGS** | 21,610.71 | 21,072.89 | 21,318.21 | 20,159.33 | 20,727.16 | 20,908.02 | 18,974.92 | 17,907.50 | 16,499.19 | 17,944.55 | 18,743.11 | 22,318.42 | 17,127.40 |
| **Expenses** | | | | | | | | | | | | | |
| Administrative Expense | - | 3,125.00 | - | 3,125.00 | - | 3,125.00 | - | 3,125.00 | - | 3,125.00 | - | 3,125.00 | - |
| Bank Fees | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| Car & Truck | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 |
| Credit Card/Merchant Fees | 550.00 | 550.00 | 550.00 | 550.00 | 11,550.00 | 550.00 | 550.00 | 550.00 | 11,550.00 | 550.00 | 550.00 | 550.00 | 11,550.00 |
| Discounts | 3,601.78 | 3,512.15 | 3,553.04 | 3,359.89 | 3,454.53 | 3,484.67 | 3,162.49 | 2,984.58 | 2,749.86 | 2,990.76 | 3,123.85 | 3,719.74 | 2,854.57 |
| Employee Benefits | 618.42 | 1,349.29 | - | 3,250.00 | 618.42 | 1,349.29 | - | - | 3,618.42 | 1,349.29 | - | - | 3,618.42 |
| Human Resources | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | 2,217.56 | 395.52 | 703.14 | 1,639.58 | 2,217.56 | 395.52 | 703.14 | - | 1,704.14 | 2,153.00 | 395.52 | 703.14 | 1,704.14 |
| IT/Computer | 1,360.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,360.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,360.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,360.00 |
| Licenses | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Marketing & Advertising | 300.00 | 300.00 | 8,300.00 | 946.97 | 300.00 | 300.00 | 8,300.00 | 300.00 | 946.97 | 300.00 | 8,300.00 | 300.00 | 946.97 |
| Office Supplies & Software | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Payroll Expense | 43,008.17 | 31,464.89 | 43,008.17 | 31,464.89 | 43,008.17 | 31,464.89 | 43,008.17 | 31,464.89 | 43,008.17 | 31,464.89 | 43,008.17 | 31,464.89 | 43,008.17 |
| Payroll Service Fees | 1,290.00 | 1,290.00 | 1,290.00 | 1,290.00 | 1,290.00 | 1,290.00 | 1,290.00 | 1,290.00 | 1,290.00 | 1,290.00 | 1,290.00 | 1,290.00 | 1,290.00 |
| Rent & Leases | - | 298.96 | - | 33,864.89 | - | 298.96 | - | - | 33,864.89 | 298.96 | - | - | 33,864.89 |
| Research & Development | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Restaurant Operations | 1,800.89 | 1,756.07 | 1,776.52 | 1,679.94 | 1,727.26 | 1,742.33 | 1,581.24 | 1,492.29 | 1,374.93 | 1,495.38 | 1,561.93 | 1,859.87 | 1,427.28 |
| Supplies | 900.45 | 878.04 | 888.26 | 839.97 | 863.63 | 871.17 | 790.62 | 746.15 | 687.47 | 747.69 | 780.96 | 929.93 | 713.64 |
| Utilities | 4,300.02 | 2,400.02 | 3,360.00 | 1,600.02 | 4,300.02 | 2,400.02 | 3,360.00 | 1,600.02 | 4,300.02 | 2,400.02 | 3,360.00 | 1,600.02 | 4,300.02 |
| **Total Expenses** | 60,122.29 | 48,494.94 | 64,604.12 | 84,786.16 | 70,864.59 | 48,446.85 | 63,920.66 | 44,727.93 | 106,629.87 | 49,339.99 | 63,545.43 | 46,717.59 | 106,813.10 |
| **Net Operating Income** | 11,652.77 | 21,518.79 | 6,213.02 | (17,764.33) | (1,983.14) | 21,026.90 | (777.80) | 14,919.14 | (51,595.03) | 10,428.41 | (1,161.75) | 27,375.23 | (49,720.87) |
| Beginning Cash | 3,000.00 | 14,652.77 | 36,171.56 | 42,384.58 | 24,620.25 | 22,637.11 | 43,664.01 | 42,886.21 | 57,805.35 | 6,210.32 | 16,638.73 | 15,476.98 | 42,852.21 |
| Cash In | 93,385.77 | 91,086.63 | 92,135.36 | 87,181.16 | 89,608.61 | 90,381.77 | 82,117.78 | 77,554.57 | 71,534.03 | 77,712.95 | 81,126.79 | 96,411.23 | 74,219.64 |
| Cash Out | (81,733.00) | (69,567.84) | (85,922.33) | (104,945.49) | (91,591.75) | (69,354.87) | (82,895.58) | (62,635.43) | (123,129.06) | (67,284.54) | (82,288.54) | (69,036.01) | (123,940.50) |
| Ending Cash | 14,652.77 | 36,171.56 | 42,384.58 | 24,620.25 | 22,637.11 | 43,664.01 | 42,886.21 | 57,805.35 | 6,210.32 | 16,638.73 | 15,476.98 | 42,852.21 | (6,568.66) |