**SO ORDERED.**

**SIGNED this 27th day of August, 2025.**



Dale L. Somers
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Plate Restaurant Group LLC, | ) |
| | )   Case No. 25-20996 |
| | )   Chapter 11 |
| | ) |
| Debtor | ) |

<u>ORDER GRANTING MOTION FOR JOINT ADMINISTRATION</u>

THIS MATTER comes on Debtor's Motion for Joint Administration, filed on 7/21/2025.

1.  The motion is hereby GRANTED.

2.  The lead case will be Plate Restaurant Group LLC, and the cases will be captioned as described in the Debtor's motion, as follows:

In Re:                                    )
                                          )        Case No. 25-20996
Plate Restaurant Group LLC et. al.        )        Chapter 11
Debtors.                                  )        (Jointly Administered)


3.  A docket entry will be made on each of the affiliated debtors (Plate Restaurant Group
LLC, 25-20996, Plate Restaurant Leawood LLC, 25-20997, and Plate Restaurant LLC, 25-
20998) to reflect the joint administration of these cases.




IT IS SO ORDERED.




                                          ###




Submitted by:


Phillips & Thomas LLC

By:  /s/  George J. Thomas #19230
5251 W 116th Place Ste 200
Leawood KS 66211
(913) 385 9900
geojthomas@gmail.com
Attorney for Debtor

2