UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PLATE RESTAURANT GROUP LLC *et. al.* | Case No. 25-20996 |
| Debtors, | Ch. 11<br>Jointly Administered |

## MOTION TO ASSUME EXECUTORY CONTRACT

COMES NOW Debtor, pursuant to §365 of the Bankruptcy Code, by and through attorney Phillips & Thomas LLC, and hereby files this motion to assume its executory contract with contractor Olivier Griot. Debtor further states as follows:

1. Olivier Griot is and has been the fractional chief financial officer (CFO) of the Debtor and the subsidiary entities. He is a contractor who does bookkeeping work for the entities.

2. Debtor seeks to assume its contract with Mr. Griot. The current contract is not in default, and there is no amount that needs to be cured.

3. The assumption of the contract with Olivier Griot is in the best interests of the estates. His work is critical and essential to the functioning of the entities. He understands how the restaurants operate, and how to manage the day-to-day financial issues. He is also the person who will be preparing the monthly operating reports. He is paid $6,250 per month to handle the bookkeeping for all three affiliated entities.

4. There is adequate assurance of future performance of the contract by the Debtor. The financial projections show there is sufficient revenue to pay Mr. Griot for his services.

WHEREFORE, Debtor moves to assume its contract with Olivier Griot as described above.

Respectfully submitted,

Phillips & Thomas LLC

By: /s/ George J. Thomas #19230
5251 W 116th Place Ste 200
Leawood KS 66211
Phone: 913 385 9900
Email: geojthomas@gmail.com
Counsel for Debtor