IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Plate Restaurant Group LLC *et. al.*, | ) | |
| | ) | |
| | ) | |
| Debtor(s), | ) | Case No. 25-20996 |
| | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | |

## MOTION FOR DAMAGES FOR CREDITOR MISCONDUCT FOR VIOLATION OF THE AUTOMATIC STAY

COMES NOW Debtor(s), by and through attorney Phillips & Thomas LLC, and files this motion for damages for creditor misconduct, for violations of the automatic stay pursuant to 11 U.S.C. §362(k). In support whereof, Debtor(s) further state:

1. Creditor Lightspeed Capital ("Lightspeed") is a high-interest loan creditor of the Debtor and its affiliates.

2. Lightspeed handles payment processing of the Debtor and its affiliates. Many day-to-day obligations of the affiliated entities are paid through Lightspeed's electronic system. Lightspeed takes a portion of its loan balance through this system. The amount it takes is approximately $30,000 per month.

3. Lightspeed was listed as a creditor in all three affiliated cases. The owner of the Debtor, Christian Joseph, has also communicated with representatives of Lightspeed after the filing of the bankruptcy cases on July 18, 2025.

4. Lightspeed has not stopped collecting its prepetition debt. Despite being aware of the bankruptcy filings, and despite being reminded of the filings, Lightspeed continues to collect its prepetition debts from affiliates.

5. Lightspeed's misconduct is depriving Debtor and its affiliates with much-needed capital essential to running its business.

6. Debtor requests that the Court issue an order: (a) finding that Lightspeed has violated the automatic stay; and (b) requiring Lightspeed to return to Debtor(s) all monies collected after July 18, 2025 attributable to prepetition debt.

7. A motion for expedited hearing will be filed along with this motion.

WHEREFORE, Debtor requests that the Court find Lightspeed in violation of the automatic stay, require it to return all improperly seized post-petition monies to Debtor, and for any other relief as may be appropriate in the circumstances.

Respectfully Submitted,

Phillips & Thomas LLC

By: George J. Thomas #19230
5251 W 116th Place, Ste 200
Leawood KS 66211
Phone: 913 385 9900
Email: geojthomas@gmail.com