**SO ORDERED.**

**SIGNED this 17th day of September, 2025.**



_____
Dale L. Somers
United States Chief Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Plate Restaurant Group LLC *et. al.*, | )<br>)<br>)<br>)<br>)  Case No. 25-20996<br>)  Chapter 11<br>)  Jointly Administered |

FINAL ORDER GRANTING MOTION TO AUTHORIZE DEBTOR'S CONTINUED USE OF CASH COLLATERAL RETROACTIVE TO PETITION DATE

THIS MATTER came before the Court for hearing on September 11, 2025 upon the *Expedited Motion to Authorize Debtor's Continued Use of Cash Collateral Retroactive to the Petition* (the "Motion") filed by Plate Restaurant Group LLC (the "Debtor") on July 20, 2025. Having considered the Motion, the argument of counsel, the record in this case, and being otherwise fully advised in the premises, it is ORDERED AND ADJUDGED that:

1. The Motion is GRANTED, retroactive to July 18, 2025 on an interim basis subject to a further interim hearing as set forth herein.

2. Use of Cash Collateral.  The Debtor shall be entitled to use cash collateral to pay all ordinary and necessary expenses in the ordinary course of its business for the purposes contained in, and consistent with, the budget attached to the motion, provided that the Debtor shall also be entitled to pay prepetition employee wages as separately authorized by the Court. The Debtor is also authorized: (a) to exceed any line item on the budget by an amount equal to ten (10%) percent of each such line item; or (b) to exceed any line item by more than ten (10%) percent so long as the total of all amounts in excess of all line items for the budget do not exceed ten (10%) percent in the aggregate of the total budget.

3. Replacement Liens.  Notwithstanding the provisions of section 552(a) of the Bankruptcy Code, and in addition to the security interests preserved by § 552(b) of the Bankruptcy Code, the Debtor grants in favor of Austin Business Finance, IOU Capital, and Lightspeed Capital, as security for all indebtedness that is owed by the Debtor to the same, but only to the extent that each entity's cash collateral is used by the Debtor, post-petition security interests and liens in, to and against any and all personal property
assets of the Debtor, to the same extent and priority that each such entity held a properly perfected pre-petition security interest in such assets; provided that, however, under no circumstances shall each entity have a lien on any causes of action arising under 11 U.S.C. § 542 *et seq.*, 547, 548, 549, 550, 551, or any of the Debtor's assets that it did not have a right to pre-petition.

4.  Debtor will remain current on its obligation(s) to Community America Credit Union.  The aggregate monthly payment after September 2025 will be $3,937.09 (that is, $3,726.09 + $211.00).  This amount will continue to be paid until further notice.

5. Duration.  The use of cash collateral provisions in this Order shall remain in effect until further order from the Court.

###

Approved by:

Phillips & Thomas LLC

/s/ George J. Thomas #19230
5251 W 116th Place, Ste 200
Leawood KS 66211
Phone: 913-385-9900
Counsel for Debtors


Michael Gaughan

/s/ Michael Gaughan
Lewis Rice
10484 Marty
Overland Park, Kansas 66212-2559
913-648-6333 (main)
Counsel for Community America Credit Union