IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| Plate Restaurant Group LLC *et. al.*, | ) ) ) ) ) ) ) | Case No. 25-20996<br>Chapter 11<br>Jointly Administered |
| Debtor(s) | ) |  |

### RESPONSE TO BBB63 LLC'S MOTION TO COMPEL PAYMENT OF POST-PETITION RENT AND TO COMPEL ASSUMPTION OR REJECTION OF UNEXPIRED LEASE

COMES NOW Debtor, by and through counsel Phillips & Thomas LLC, and hereby responds to BBB63 LLC's Motion to Compel Payment of Post-Petition Rent and to Compel Assumption or Rejection of Unexpired Lease filed on September 26, 2025. In support whereof, Debtor states as follows:

1. Pursuant to 11 U.S.C. §365(d)(4)(A), the Debtor in Possession has 120 days after the entry of the order of relief to assume or reject a lease. Acceptance or rejection can be done by motion or by a Chapter 11 plan. Pursuant to 11 U.S.C. § 1123(b)(2), a Chapter 11 plan may provide for the assumption, rejection, or assignment of executory contracts or unexpired leases. The Debtor's Chapter 11 plan will include a provision for assumption of BBB63 LLC's lease.

2. The Debtor entities will be filing Chapter 11 plans before October 18, 2025, which is well within the 120-day period. Debtor intends to assume the lease of BBB63 LLC's lease, and the pre-petition rent arrears will be paid through the plan.

1

3. BBB63 LLC's Motion to Compel and its associated Motion for Expedited Hearing contain incorrect or misleading statements which the Debtor will identify in the following paragraphs below.

4. **In response to para. 2 of the Motion for Expedited Hearing**:

Debtor is not behind on its post-petition rent. The post-petition monthly rent payments are up-to-date as of September 26, 2025. As of September 26, 2025 base rent is current. Currently outstanding is one water bill and one patio rent assessment.

5. **In response to para. 3 of the Motion for Expedited Hearing**:

"Among other things" appears at the beginning of this paragraph, without specifying what "other things" are being referred to. The post-petition period begins July 19th, as the cases were filed on July 18th. Patio rent in the months of July and August are usually immaterial due to the hot weather of these months.

6. **In response to para. 4 of the Motion for Expedited Hearing**:

BBB63 LLC installed an inappropriately sized grease trap in the premises. Grease trap cleaning occurs monthly, and standard grease trap cleaning is quarterly. Debtor has to clean the trap monthly due to issues with plumbing and incorrect sizing which were caused by BBB63 LLC. The Debtor has to pay out of its own pocket for a problem that was caused by BBB63 LLC. Major plumbing issue from city storm drains have caused back-ups due to improper back flow installation by BBB63 LLC. This fact has been well documented by the service company that cleans the grease trap, including recommendations for the landlord to upgrade the grease trap at a cost of $3,500. To date, BBB63 LLC has refused to fix this problem. Due to the location of the grease trap, two companies have refused to clean it, citing the large amount of extra work needed.

7. **In response to para. 4 of the Motion for Expedited Hearing**:

BBB63 LLC built the floor drains above flooring grade. The drains rise one half-inch above the floor, and this does not allow for proper drainage. BBB63 LLC built the drain system improperly. It did not seal the floors correctly, or build up-to-code for a restaurant. The Debtor did not create these issues, but has had to deal with them. Through its own efforts, Plate Restaurant LLC has passed all health inspections which includes evaluations of flooring.

8. **In response to para. 6 of the Motion to Compel**:

The Debtor, Plate Restaurant LLC, is actually paying $13,037.98 in rent, not the amount stated by BBB63 LLC.

9. **In response to para. 8 of the Motion to Compel**:

Tenant improvements since signing the new lease are over $54,000. Debtor installed a new pizza oven and updated the decor.

10. **In response to para. 9 of the Motion to Compel**:

Sales from May 2024 to April 30 2025 are $1,884,145. Debtor will send quarterly statements to landlord going forward.

11. **In response to para. 14 of the Motion to Compel**:

Plate Restaurant LLC upholds the highest standards of cleanliness. This is proven by the fact that it passes health inspections four times per year.

12. **In response to para. 18 of the Motion to Compel**:

The assertions in this paragraph are not correct. The grease trap problem was caused by BBB63 LLC, not by the Debtor. See the explanation in paragraph 6, above. The problem is not due to Debtor's failure to clean the grease trap, but to the fact that the landlord installed the

wrong plumbing and has not corrected the problem.  The Debtor has had to come out of pocket for problems created by BBB63 LLC.

13. **In response to para. 19 of the Motion to Compel**:

BBB63 LLC's statements are not correct.  The floor drains installed by the landlord were not installed correctly.  They were installed above the flooring grade, sitting above the floor by one half inch.  This does not allow water to drain properly.  The floors were sealed by the landlord, and the leakage comes from the floor drain installation.  The Debtor cannot be blamed for problems it did not create.

14. **In response to para. 25 of the Motion to Compel**:

The post-petition reporting process will begin on September 30, 2025.

15. Debtor intends to assume the lease, remain current on post-petition rent, and pay the rent arrears through the Chapter 11 plan.  As can be seen in the preceding paragraphs, Debtor has been operating in good faith and has exerted its best efforts to maintain the premises, despite the fact that the premises issues were not caused by the Debtor.  Like all debtors in bankruptcy, Debtor is getting back on its feet and should have an improved cash flow once it terminates Lightspeed Capital's stay violations in the coming weeks, and shuts off its improper siphoning of monies from the Debtor's daily revenues.

WHEREFORE, Debtor responds to BBB63 LLC's Motion to Compel.

Respectfully Submitted,

Phillips & Thomas LLC

By:  <u>George J. Thomas #19230</u>

5251 W 116th Place, Ste 200  
Leawood KS 66211  
Phone: 913 385 9900  
Email: geojthomas@gmail.com

Certificate of Service

I, the undersigned, hereby certify that the foregoing document was filed with the US Bankruptcy Court for the District of Kansas on 9/29/2025.

/s/ George J. Thomas  
Counsel for Debtors