**SO ORDERED.**

**SIGNED this 30th day of September, 2025.**



*Dale L. Somers*
Dale L. Somers
United States Chief Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Plate Restaurant Group LLC et. al., ) | |
| ) | Case No. 25-20996 |
| ) | Chapter 11 |
| ) | Jointly Administered |
| Debtor(s) ) | |

ORDER SUSTAINING DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 2 FILED BY IOU FINANCIAL

THIS MATTER comes on Debtor's Objection to Proof of Claim No. 2 Filed by IOU Financial. The objection was filed on August 28, 2025. The objection is SUSTAINED. The Court finds as follows:

1

1. Debtor's objection was filed on August 28, 2025 and served on the creditor. Creditor did not file a response, but it did amend its proof of claim to re-classify itself as an unsecured creditor.
2. Debtor's objection to proof of claim no. 2 filed by IOU Financial is hereby SUSTAINED.

IT IS SO ORDERED.

###

Submitted by:

Phillips & Thomas LLC

By: /s/ George J. Thomas #19230
5251 W 116th Place Ste 200
Leawood KS 66211
(913) 385 9900
geojthomas@gmail.com
Attorney for Debtor

2