SO ORDERED.

SIGNED this 6th day of October, 2025.



*Dale L. Somers*
Dale L. Somers
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Plate Restaurant Group LLC et. al., | ) |
| | ) Case No. 25-20996 |
| | ) Chapter 11 |
| | ) Jointly Administered |
| Debtor(s) | ) |

ORDER GRANTING MOTION FOR DAMAGES FOR CREDITOR MISCONDUCT FOR VIOLATING THE AUTOMATIC STAY

THIS MATTER comes on the hearing held on September 25, 2025, on Debtor's Motion for Damages for Creditor Misconduct for Violating the Automatic Stay. The motion is GRANTED. The Court finds as follows:

1

1. Debtor filed a Motion for Damages for Creditor Misconduct for Violating the Automatic Stay on September 4, 2025. Debtor's certificate of service, filed on September 9, 2025, indicated that the Creditor was served with the motion and notice of the hearing.
2. The Motion is hereby GRANTED.
3. Creditor Lightspeed Capital is hereby enjoined from any further debt collection activity against the Debtor. Lightspeed Capital is ordered to cease and desist from all debt collection activity against the Debtor.
4. All monies collected since the filing of the bankruptcy cases on July 18, 2025 are to be returned to the Debtor. This amount is $65,736.50, as of the date of entry of this order.

IT IS SO ORDERED.

###

Submitted by:

Phillips & Thomas LLC

By: /s/ George J. Thomas #19230
5251 W 116th Place Ste 200
Leawood KS 66211
(913) 385 9900
geojthomas@gmail.com
Attorney for Debtor