**SO ORDERED.**

**SIGNED this 31st day of October, 2025.**



_____
Dale L. Somers
United States Chief Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Plate Restaurant Group LLC *et. al.*, ) | |
| ) | Case No. 25-20996 |
| ) | Chapter 11 |
| ) | Jointly Administered |
| Debtor(s) ) | |

### ORDER SUSTAINING DEBTOR'S OBJECTION TO PROOF OF CLAIM 9 FILED BY LIBERTY FRUIT COMPANY

THIS MATTER comes on Debtor's Objection to Proof of Claim 9 Filed by Liberty Fruit Company. The objection is SUSTAINED. The Court finds as follows:

1. Debtor filed an Objection to Proof of Claim 9 of Liberty Fruit Company on September 29, 2025 (Doc. #83).

1

2. The Objection is hereby SUSTAINED. Proof of Claim 9 of Liberty Fruit Company is allowed as a general unsecured claim.

IT IS SO ORDERED.

###

Submitted by:

Phillips & Thomas LLC

By: /s/ George J. Thomas #19230
5251 W 116th Place Ste 200
Leawood KS 66211
(913) 385 9900
geojthomas@gmail.com
Attorney for Debtor